

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Cynthia Martin, Appellant

No. 06-22-00022-CV        v.

Hopkins County, Hopkins County Judge
Robert Newsom, Hopkins County
Commissioner Mickey Barker, Hopkins
County Commissioner Greg Anglin,
Hopkins County Commissioner Wade
Bartley, and Hopkins County
Commissioner Joe Price, Appellees

Appeal from the 62nd District Court of
Hopkins County, Texas (Tr. Ct. No.
CV44739). Opinion delivered by Justice
Stevens, Chief Justice Morriss and Justice
van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Cynthia Martin, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 16, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk